UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH COLVIN, JR.,

      Plaintiff,

                                    Case No. 2:18-cv-150

v.

                                    HONORABLE PAUL L. MALONEY

HEIDI E. WASHINGTON, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Lieutenant John Burke filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 27, 2022, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 99) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 93) is GRANTED.

Dated: September 6, 2022                      /s/ Paul L. Maloney
                                           Paul L. Maloney
                                         United States District Judge