UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH COLVIN, JR., #192744,          )
                         Plaintiff,           )
                                             )        No. 2:18-cv-150
v.                                          )
                                             )        Honorable Paul L. Maloney
HEIDI E. WASHINGTON, *et al.*         )
                         Defendants.    )
                                             )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 29, 2022                          /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge